**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **JAY ROGERS**  §<br>    *Plaintiff,*  §<br>  §<br>**- vs -**  §<br>  §<br>**STATE FARM LLOYDS,**  §<br>    *Defendant.*  §<br>  § | **CIVIL CASE NO. 6:24-CV-18** |

**STATE FARM LLOYDS' CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, State Farm Lloyds ("Defendant") files this Corporate Disclosure Statement and Certificate of Interested Parties.

### I. STATE FARM LLOYDS' CORPORATE DISCLOSURE STATEMENT

Defendant State Farm Lloyds is an associate of individual underwriters authorized to conduct business in Texas as a Lloyds' plan insurer as defined and set out in Chapter 941 of the Texas Insurance Code. State Farm Lloyds has no publicly held common stock.

### II. CERTIFICATE OF INTERESTED PARTIES

The following parties are financially interested in the outcome of this litigation:

a. Plaintiff Jay Rogers;

b. Counsel for Plaintiff, Jay Rogers: Kristina C. Frankel & Richard D. Daly, DALY & BLACK, P.C., 2211 Norfolk St., Suite 800, Houston, Texas 77098;

c. Defendant State Farm Lloyds; and

d. Counsel for Defendant State Farm Lloyds, Travis Plummer and Maria L. McIntyre, DYKEMA GOSSETT PLLC, 111 Congress Avenue, Suite 1800, Austin, Texas 78701.

Respectfully submitted,

        **DYKEMA GOSSETT PLLC**
        One Congress Plaza
        111 Congress Avenue, Suite 1800
        Austin, Texas 78701
        (512) 703-6300
        (512) 703-6399 (Fax)

By: _____
        Travis Plummer
        State Bar No. 24079146
        Maria L. McIntyre
        State Bar No. 24121003
        tplummer@dykema.com
        mmcintyre@dykema.com

        ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that on the 10th day of January, 2024, a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE to counsel of record:

Kristina C. Frankel
Richard D. Daly
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
kfrankel@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

***ATTORNEY FOR PLAINTIFF***

        _____
        TRAVIS PLUMMER