# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **JAY ROGERS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL CASE NO. 6:24-cv-18** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Jay Rogers, files this Certificate of Interested Persons and states that the following parties are interested in the outcome of this litigation:

1. Plaintiff:
   Jay Rogers
   c/o Daly & Black, P.C.
   2211 Norfolk Street, Suite 800
   Houston, TX 77098

2. Plaintiff's Counsel:
   Daly & Black, P.C.
   2211 Norfolk Street, Suite 800
   Houston, TX 77098

3. Defendants:
   State Farm Lloyds
   c/o Travis Plummer
   One Congress Plaza
   111 Congress Avenue, Suite 1800
   Austin, Texas 78701

4. Defendant's Counsel:
   Dykema Gossett LLP
   One Congress Plaza
   111 Congress Avenue, Suite 1800
   Austin, Texas 78701

        Respectfully submitted,

        **DALY & BLACK, P.C.**

        By:  */s/ C. Eric Vickers*
            C. Eric Vickers
            State Bar No. 24118577
            evickers@dalyblack.com
            Kristina C. Frankel
            State Bar No. 24050625
            kfrankel@dalyblack.com
            Richard D. Daly
            State Bar No. 00796429
            rdaly@dalyblack.com
            2211 Norfolk St., Suite 800
            Houston, Texas 77098
            713.655.1405—Telephone
            713.655.1587—Fax
            ecfs@dalyblack.com (service)
            **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2024, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

Travis Plummer
tplummer@dykema.com
Maria L. McIntyre
mmcintyre@dykema.com
DYKEMA GOSSETT PLLC
One Congress Plaza
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Tel: 512-703-6300
Fax: 512-703-6399
**ATTORNEY FOR DEFENDANTS**

                                                        */s/ C. Eric Vickers*
                                                      C. Eric Vickers